

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

#### NO. 2-09-044-CV

IN RE DAVID MICHAEL SHEID            RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  A party is entitled to findings of fact and conclusions of law after a conventional trial on the merits before the court. *See IKB Indus. (Nigeria) Ltd. v. Pro-Line Corp*., 938 S.W.2d 440, 442 (Tex. 1997).  The record reflects that the respondent ruled on relator's bill of review after the State sought a ruling.  Because there was no evidentiary hearing or trial on the merits, there could have been no findings of fact and any conclusions of law would have been only advisory. *See id*.  Accordingly, relator's petition for writ of mandamus is denied.

---

[1] *See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and MCCOY, JJ.

DELIVERED:  March 6, 2009